UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| GERALD DEAN COLE,<br>  Plaintiff | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>  Defendant | CASE NUMBER:   1:16-CV-00754-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✘ GRANTED.

  ✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
      copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
      All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   1st   day of   June   ,   2016   .

                                                                /s/ Barbara A. McAuliffe
                                                                Signature of Judicial Officer

                                                        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                                Name and Title of Judicial Officer