1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
9

10 GERALD DEAN COLE,            )   Case No.  1:16-CV-00754-BAM
                                )
11      Plaintiff               )   **STIPULATION AND**
                                )   **ORDER FOR EXTENSION OF TIME**
12 v.                           )   **TO FILE CONFIDENTIAL LETTER BRIEF**
                                )
13                              )
   CAROLYN W. COLVIN,           )
14 Acting Comm'r of Social Security, )
                                )
15      Defendant               )
                                )
16                              )
   _____)
17

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 30 Days to December 19, 2016, for Plaintiff to serve his Confidential Letter Brief on the

20 Defendant, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an

21 extension.  It is requested due to a significant workload backlog. Plaintiff apologizes for any

22 inconvenience to the Court or to the Defendant.

23

24

25 IT IS SO ORDERED.

26    Dated:  **December 8, 2016**            /s/ *Barbara A. McAuliffe*
27                                            UNITED STATES MAGISTRATE JUDGE

28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 6, 2016            JACQUELINE A. FORSLUND
                                  Attorney at Law

                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND

                                  Attorney for Plaintiff

Date:  December 6, 2016           PHILIP A. TALBERT
                                  United States Attorney
                                  DEBORAH STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/Michael Marriott*
                                  MICHAEL MARRIOTT
                                  Special Assistant United States Attorney
                                  *By email authorization

                                  Attorney for Defendant

## ORDER

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time, or until December 19, 2016, in which to serve his confidential letter brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.