JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| GERALD DEAN COLE, | ) | Case No. 1:16-CV-00754-BAM |
|---|---|---|
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to March 25, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Cole v. Berryhill**            Stipulation and Proposed Order            E.D. Cal. 1:16-cv-00754-BAM

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 20, 2017                JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       */s/Jacqueline A. Forslund*
                                       JACQUELINE A. FORSLUND

                                       Attorney for Plaintiff


Date:  February 21, 2017               PHILIP A. TALBERT
                                       United States Attorney
                                       DEBORAH STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       */s/Tina Naicker*
                                       TINA NAICKER
                                       Special Assistant United States Attorney
                                       *By email authorization

                                       Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to March 25, 2017, in which to file his opening brief; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 22, 2017**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

**Cole v. Berryhill**              Stipulation and Proposed Order        E.D. Cal. 1:16-cv-00754-BAM