# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DEAN COLE, | ) Case No.: 1:16-cv-754-BAM |
| Plaintiff, | ) |
| | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including April 26, 2017, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __March 28, 2017__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE