PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| GERALD DEAN COLE,<br><br>  Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:16-cv-00754-BAM<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for forty-five (45) days from June 9, 2017 to **July 24, 2017**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant was out of the office on sick leave last week and has been suffering from debilitating migraines. In addition, Counsel for Defendant has over 50 active pending matters, of which require 2+ responses to dispositive motions per week until mid-July. Due to current workload demands and unanticipated medical leave, Counsel needs additional time to adequately review the voluminous transcript and properly respond to Plaintiff's Motion

1

for Summary Judgment.  Counsel for Defendant apologizes for the belated request, but was unable to finish Defendant's response in time and did not anticipate seeking an extension due to her debilitating migraines.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 6, 2017 | /s/ *Jacqueline Forslund |
|  | (*as authorized by email on June 6, 2017) |
|  | JACQEULINE FORSLUND |
|  | Attorney for Plaintiff |
|  |  |
| Dated:  June 6, 2017 | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Regional Chief Counsel, Region IX |
|  | Social Security Administration |
| By | /s/  Tina L. Naicker |
|  | TINA L. NAICKER |
|  | Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 45-day extension, or until July 24, 2017, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 7, 2017**          /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE