# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GERALD DEAN COLE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00754-BAM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. 26) |

On July 24, 2017, Defendant filed a motion requesting a seven-day extension of time to respond to Plaintiff's Opening Brief. (Doc. 26) This is Defendant's second request for an extension of time. Defendant contends that good cause exists to extend the current deadline because of counsel's unexpected leave from work in the last two weeks. Counsel explains that she attempted to contact Plaintiff's counsel regarding the extension, but had not received a response as of the time of filing the instant motion. (*Id.* at pp. 1-2.)

Having considered the moving papers, the Court finds good cause for the requested extension of time, and a response from Plaintiff is unnecessary. The short extension will not unduly delay these proceedings and will serve the interests of justice in resolving this action on the merits. Plaintiff will not be prejudiced by such a brief extension and the time for any reply will be modified accordingly.

For these reasons, IT IS HEREBY ORDERED that the Motion for Extension of Time for Defendant to Respond Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response to Plaintiff's Opening Brief on or before **July 31, 2017**.  All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 26, 2017**                        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE