JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD DEAN COLE, | ) | Case No. 1:16-cv-00754-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to September 16, 2017, for Plaintiff to file his Reply Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a full briefing schedule this week and in the next couple of weeks and will not have time to adequately address Defendant's arguments in this complex case.

IT IS SO ORDERED.

Dated:   **August 16, 2017**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

**Cole v. Colvin**           **Stipulation and Order**           **E.D. Cal. 1:16-cv-00754-BAM**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 15, 2017          JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date:  August 15, 2017         PHILIP A. TALBERT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Tina L. Naicker*
                               TINA L. NAICKER
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, Plaintiff is granted an extension of time to September 16, 2017, to file his reply brief.  No further extensions of time shall be granted absent a demonstrated showing of good cause.

**Cole v. Colvin**           **Stipulation and Order**        **E.D. Cal. 1:16-cv-00754-BAM**